07-154M

## Violation Notice

| | | | |
|---|---|---|---|
| Violation Number | Officer Name (Print) | Officer No | |
| R 3350177 | Matthew Knox | K2463 | DE-10 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☒ USC | # State Code |
|---|---|---|
| 05/02/2007 1630 | title 18 sec 641 | Theft |

Place of Offense: Bldg 503 Dover AFB

Offense Description: Theft of Company Scrap Copper Wire - Value $115

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| Boller | Jason | E |

| Street Address | | |
|---|---|---|
| | | |

| City | State | Zip Code |
|---|---|---|
| Dover | DE | 19901 |

| Drivers License No | D.L. State | Social Security No | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| | DE | | /1980 |

☒ Adult ☐ Juvenile  Sex ☒ Male ☐ Female   Eyes: Hazel   Hair: Blonde   Height: 68"   Weight: 235

### VEHICLE DESCRIPTION

| Tag No | State | Year | VIN | Make/Model | Color |
|---|---|---|---|---|---|
| C104608 | DE | 01 | 1B7GL22N51S101727 | Dodge Dakota | red |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

PAY THIS AMOUNT → 
$ _____ Forfeiture Amount
+ $25 Processing Fee
$ _____ Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) | Time (hh/mm) |
|---|---|---|
| The Federal Building US District Court 844 King Street Wilmington, DE 19801 | | |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: [signed]

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 2 May, 20 07 while exercising my duties as a law enforcement officer in the _____ District of Delaware

I was contacted via radio about a possible theft of copper wire at the construction sight of Building 503 Dover Air Force Base. Myself and SSgt Valletta talked to Steven Grubish, who stated Jason Boller had used a scrap wire, and Mr Boller, this wire was not given permission to take it. Myself and SSgt Valetta then detained Jason Boller and brought him back to the law enforcement desk where he was read his rights, and issued his summons to court.

The foregoing statement is based upon:
☒ my personal observation     ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☒ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on 05/02/2007  [signed] Officer's Signature
        Date (mm/dd/yyyy)

Probable cause has been stated for the issuance of a warrant

Executed on _____
        Date (mm/dd/yyyy)    U.S. Magistrate Judge

CVR Scan 5/18/2007 11:06:28

**REDACTED**