UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| UNITED STATES OF AMERICA | CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE IN A PETTY OFFENSE/MISDEMEANOR CASE |
|---|---|
| V. *Jason Bower* | CASE NUMBER: 07-154m / R335 0174 |

The United States Magistrate Judge has explained to me the nature of the offense(s) with which I am charged and the maximum possible penalties which might be imposed if I am found guilty. The Magistrate Judge has informed me of my right to the assistance of legal counsel. The Magistrate Judge has also informed me of my right to trial, judgment, and sentencing before a United States District Judge or a United States Magistrate Judge.

_____     I HEREBY waive (give up) my right to trial, judgment and sentencing before a United States District Judge and I consent to trial, judgment and sentencing before a United States Magistrate Judge.

X _____
                                    Defendant

_____     The Magistrate Judge has advised me of my right to have at least thirty (30) days to prepare for trial before the Magistrate Judge. I HEREBY waive (give up) my right to have at least thirty days to prepare for trial.

X _____
                                    Defendant

THIS SECTION FOR MISDEMEANOR CASES ONLY

_____     The Magistrate Judge has advised me of my right to trial by jury for MISDEMEANOR CASES ONLY. I HEREBY waive (give up) my right to trial by jury.

_____
                                    Defendant

Consent by the United States _____
                                                Signature

_____
                                    Name and Title

Defendant's Attorney (if any) _____

Approved By: _____
                                    U.S. Magistrate

Date: _____

FILED
AUG 22 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE