IN THE UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

UNITED STATES OF AMERICA : 

    Plaintiff, :

    v. : VIOLATION NOTICE NO. R 3350177

*Jason E. Boller* : 07-154M

    Defendant. :

## MOTION AND ORDER TO DISMISS

**NOW COMES** the United States of America, by its attorney, Colm F. Connolly, United States Attorney for the District of Delaware, and moves for the dismissal of the charges, with prejudice, in the above captioned case for _Jason E. Boller_.

                            COLM F. CONNOLLY
                            United States Attorney

            BY: _____
                            NICHOLAS D. CARTER, Captain, USAF
                            Special Assistant United States Attorney

DATE: November 14, 2007

**IT IS SO ORDERED** this _14th_ day of _November_ 2007.

FILED
NOV 14 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

_____
HONORABLE LEONARD P. STARK
United States Magistrate Judge